AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2026

SEAN F. MCAVOY, CLERK

TAMARA G.,

*Plaintiff*

v.

FRANK BISIGNANO,
Commissioner of Social Security,

*Defendant*

Civil Action No. 2:26-cv-247-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

✔ other: The ALJ's nondisability decision is REVERSED, and this matter is REMANDED to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
The parties' briefs (ECF Nos. 8 and 10) are TERMINATED.
JUDGMENT is entered in favor of Plaintiff.

This action was *(check one)*:

❒ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❒ tried by Judge ______ without a jury and the above decision was reached.

✔ decided by Judge EDWARD F. SHEA

Date: 11/19/2026

*CLERK OF COURT*

s/Sean F. McAvoy
*Signature of Clerk*